Eastern District of Kentucky
FILED

JUL 11 2016

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION (COVINGTON)

| | | |
|---|---|---|
| MACY MARTIN | : | Case No. 2:14-cv-00121 |
| Plaintiff, | : | Judge William O. Bertelsman |
| v. | : | Magistrate Judge J. Gregory Wehrman |
| WEST CHESTER MEDICAL CENTER d/b/a WEST CHESTER HOSPITAL, LLC, et al. | : | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendants. | : | |

All matters in controversy between Plaintiff and Defendants, Abubukar Atiq Durrani, M.D. and Center for Advanced Spine Technologies, Inc., having been amicably resolved, this matter is hereby DISMISSED, WITH PREJUDICE.

SO ORDERED this 11th of July, 2016.

/s/ Paul J. Schachter
Paul J. Schacter, Esq.
Schacter Hendy & Johnson, PSC
909 Wright's Summit Parkway
Suite 210
Ft. Wright, KY 41011
Attorney for Plaintiff



**Signed By:**
*William O. Bertelsman* WOB
**United States District Judge**

/s/ James F. Brockman
Michael F. Lyon
James F. Brockman
David E. Williamson
LINDHORST & DREIDAME CO., L.P.A.
312 Walnut Street, Suite 3100
Cincinnati, OH  45202-4048
Attorney for Defendants,
Abubakar Atiq Durrani, M.D. and
Center for Advanced Spine Technologies, Inc.

617188                                                         1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served, this 8 day of July, 2016, via ordinary and/or electronic mail, on the following:

Paul J. Schachter
SCHACHTER HENDY & JOHNSON
909 Wright's Summit Pkwy, Ste. 210
Ft. Wright, KY 41011
pschachter@pshachter.com
*Co-Counsel for Plaintiff*

Robert L. Poole, Esq.
8044 Montgomery Road
Suite 700
Cincinnati, OH 45236
robert@robertpoole.com
*Co-Counsel for Plaintiff*

/s/ James F. Brockman